| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Joseph Carl Wermann<br>First Name   Middle Name   Last Name | Social Security number or ITIN:  xxx–xx–6032<br>EIN:  _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Western District of Virginia | | Date case filed for chapter:        13      4/7/22 |
| Case number:  22–60362 | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

**10/20**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joseph Carl Wermann | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5071 Rolling Rd S<br>Scottsville, VA 24590 | |
| 4. | **Debtor's attorney**<br>Name and address | Jennifer Wagoner<br>Slayton Law PLC<br>913 E. Jefferson St.<br>Charlottesville, VA 22902 | Contact phone 434–979–7900<br><br>Email: jen@marshallslayton.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Herbert L Beskin(82)<br>Chapter 13 Trusteeship<br>123 East Main St., Ste. 310<br>Charlottesville, VA 22902 | Contact phone 434–817–9913<br><br>Email: hbeskin@cvillech13.net |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Lynchburg Division<br>1101 Court St, Room 166<br>Lynchburg, VA 24504 | Hours open:<br>8:00 a.m. – 4:30 p.m.<br><br>Contact phone 434–845–0317<br><br>Date: 4/7/22 |

**For more information, see page 2**

Debtor  **Joseph Carl Wermann**                                                                                  Case number **22–60362**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 23, 2022 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br><br>**See attached list for meeting participation details.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/22/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/16/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/4/22** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The hearing on confirmation will be held on:<br>**6/28/22** at **09:45 AM** , Location: **Video Conference before Judge Connelly. All parties connect using video conference instructions posted on the court website.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

| Bridge Line | Chapter | Trustee | Instructions | Meeting Contact | Meeting Code |
|---|---|---|---|---|---|
| | | | | | |
| | 13 | Beskin | Zoom | Zoom ID: 852 568 9053 | Password: 341meeting |
| | 13 | Micale | Zoom | Zoom ID: 603 226 2142 | Password: 341meeting |
| 3 | 7 | Callahan | By Telephone | 877–934–5491 | 9319497# |
| 4 | 7 | Farthing | By Telephone | 877–953–6090 | 8983497# |
| 5 | 7 | Goldstein | By Telephone | 877–492–0156 | 7313672# |
| 6 | 7 | Higgs | By Telephone | 877–960–3871 | 4647388# |
| 7 | 7 | Hutman | By Telephone | 866–527–4091 | 8515643# |
| 9 | 7 | Scott | By Telephone | 877–491–5685 | 9012607# |
| 10 | 7 | Stevens | By Telephone | 877–953–5197 | 7811951# |
| 11 | 7 | Vogel | By Telephone | 877–953–5927 | 9995849# |
| 1 | | UST Roanoke Office | By Telephone | 877–451–9313 | 9499523# |

**Zoom Instructions:**

Five minutes before the scheduled time, go to: **zoom.us/join** and enter the Zoom ID and password listed next to the presiding trustee. Mute your mic until your case is called. Participants not able to log in may call **1–301–715–8592** and enter the Zoom ID and password listed next to the presiding trustee. Place your phone on mute until your case is called.

**Telephonic Instructions:**

Five minutes before the scheduled time, dial the call–in number and enter the passcode listed next to the presiding trustee. Place your phone on mute until your case is called.

United States Bankruptcy Court

Western District of Virginia

In re:                                                                                          Case No. 22-60362-rbc

Joseph Carl Wermann                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0423-6 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2022 | Form ID: 309I | Total Noticed: 37 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Carl Wermann, 5071 Rolling Rd S, Scottsville, VA 24590-4399 |
| tr | + | Herbert L Beskin(82), Chapter 13 Trusteeship, 123 East Main St., Ste. 310, Charlottesville, VA 22902-6800 |
| 5068561 | | Beach Quarters TimeShare Assoc., P.O. Box 8526, Pompano Beach, FL 33075-8526 |
| 5068562 | + | County of Fluvanna, P.O. Box 299, Palmyra, VA 22963-0299 |
| 5068564 | | DOR Objections, P.O. Box 7149, Helena, MT 59604-7149 |
| 5068565 | + | Eagle Trace Owners Assn. Inc, P.O. Box 1227, Harrisonburg, VA 22803-1227 |
| 5068566 | + | Eagle Trace Owners Assn. Inc, 1822 Resort Drive, Massanutten, VA 22840-2241 |
| 5068567 | + | Eastside Hospitalist Inc., P.O. 630707, Cincinnati, OH 45263-0707 |
| 5068568 | + | Fluvanna County Treasurer, PO Box 299, Palmyra, VA 22963-0299 |
| 5068569 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5068574 | + | Memorial EKG Associates, 1175 Devin Dr, Ste 174, Muskegon, MI 49441-6079 |
| 5068575 | | Memorial EKG Associates Inc, P.O. Box 919608, Orlando, FL 32891-9608 |
| 5068576 | | Memorial Physician Group, P.O. Box 538463, Atlanta, GA 30353-8463 |
| 5068577 | + | Memorial Regional Hospital, 3501 Johnson St, Hollywood, FL 33021-5421 |
| 5068581 | | Merrick Bank, PO Box 660880, Dallas, TX 75266-0880 |
| 5068582 | | Montana Department of Revenue, P.O. Box 6309, Helena, MT 59604-6309 |
| 5068583 | | Ocean Sands Owner's Association, P.O. Box 844556, Boston, MA 02284-4556 |
| 5068584 | | Ocean Sands Owners Association, P.O. Box 844556, Boston, MA 02284-4556 |
| 5068585 | + | Ocean Sands Resort, 2207 Atlantic Ave, Virginia Beach, VA 23451-3233 |
| 5068587 | | Radiology Associates of Hollywood I, P.O. Box 3379, Indianapolis, IN 46206-3379 |
| 5068586 | + | Radiology Associates of Hollywood I, P.O. Box 1259, Dept #165956, Oaks, PA 19456-1259 |
| 5068588 | | Rector/Board of Visitors, 914 Emmet Street, P.O. Box 400127, Charlottesville, VA 22904-4127 |
| 5068590 | + | Scott Kroner, PLC, 418 E Water Street, Charlottesville, VA 22902-5242 |
| 5068592 | ++ | UVA COMMUNITY CREDIT UNION, 3300 BERKMAR DRIVE, CHARLOTTESVILLE VA 22901-1491 address filed with court:, UVA Community Credit Union, Attn: Bankruptcy, 3300 Berkmar Dr, Charlottesville, VA 22901 |
| 5068593 | + | UVA Medical Center, P.O. BOX 743977, Atlanta, GA 30374-3977 |
| 5068594 | + | UVA Physicians Group, P.O. Box 743977, Atlanta, GA 30374-3977 |
| 5068578 | ++ | WACHOVIA BANK NA, MAC X2303-01A, 1 HOME CAMPUS, 1ST FLOOR, DES MOINES IA 50328-0001 address filed with court:, Meridian Financial Services, Inc., Attn: Bankruptcy, P.O. Box 1410, Asheville, NC 28802 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: jen@marshallslayton.com | Apr 07 2022 21:00:00 | Jennifer Wagoner, Slayton Law PLC, 913 E. Jefferson St., Charlottesville, VA 22902 |
| 5068560 | EDI: BANKAMER.COM | Apr 08 2022 00:58:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 5068563 | + Email/Text: bankruptcy@diamondresorts.com | Apr 07 2022 21:00:00 | Diamond Resorts Financial Services, 10600 West Charleston Boulevard, Las Vegas, NV 89135-1260 |
| 5068569 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 07 2022 21:00:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5068570 | + Email/Text: bankruptcy@greenskycredit.com | | |

|  |  | Apr 07 2022 21:00:00 | Greensky, Attn: Bankruptcy Dept, 1797 North East Expressway, Atlanta, GA 30329-2451 |
| 5068572 | EDI: IRS.COM | Apr 08 2022 00:58:00 | Internal Revenue Service, Insolvency Units, 400 North Eighth Street, Box 76, Richmond, VA 23219 |
| 5068573 | + Email/Text: bankruptcy@marinerfinance.com | Apr 07 2022 21:00:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5068580 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 07 2022 21:03:58 | Merrick Bank, Attn: Bankruptcy, P.O. Box 5000, Draper, UT 84020-5000 |
| 5068589 | + Email/Text: bankruptcy@regionalmanagement.com | Apr 07 2022 21:00:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 5068591 | + EDI: USBANKARS.COM | Apr 08 2022 00:58:00 | US Bank/RMS, Attn: Bankruptcy, P.O. Box 5229, Cincinnati, OH 45201-5229 |
| 5068595 | Email/Text: bkr@taxva.com | Apr 07 2022 21:00:00 | Virginia Dept. of Taxation, Bankruptcy Dept., P.O. Box 2156, Richmond, VA 23218-2156 |

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5068571 | * | Internal Revenue Service, Insolvency Units, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5068579 | *P++ | WACHOVIA BANK NA, MAC X2303-01A, 1 HOME CAMPUS, 1ST FLOOR, DES MOINES IA 50328-0001, address filed with court:, Meridian Financial Services, Inc., Attn: Bankruptcy, Po Box 1410, Asheville, NC 28802 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2022                     Signature:        /s/Gustava Winters